# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARL W. NORDSTROM, III,

    Plaintiff

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No: 5:17-CV-00746-SK

[~~PROPOSED~~] JUDGMENT

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: November 30, 2017

THE HONORABLE STEVE KIM
United States Magistrate Judge